**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 18, 2025.**



In The

# Fifteenth Court of Appeals

———————————

## NO. 15-25-00146-CV

———————————

**BUC-EE'S, LTD., Appellant**

**V.**

**HEAD COUNTRY, LLC, Appellee**

**On Appeal from the Business Court Division 11A
Harris County, Texas
Trial Court Cause No. 25-BC11A-0028**

### MEMORANDUM OPINION

We have considered Appellant's Motion to Dismiss Interlocutory Appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).

PER CURIAM

Before Chief Justice Brister and Justices Field and Farris.